UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-30035-02 |
| VERSUS | JUDGE JAMES |
| ANIS MOHAMED MANA SALEH | MAGISTRATE JUDGE HAYES |

**ORDER APPOINTING INTERPRETER**

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

IRENE ISHOO

be appointed as interpreter to assist in the arraignment and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government. This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.   THUS DONE AND SIGNED at Monroe, Louisiana, this 23RD day April, 2007.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE